United States District Court
Southern District of Texas
**ENTERED**
March 23, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ORION PROJECT SERVICES (HOUSTON) LLC and ORION ENGINEERING SERVICES LTD., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-1401 |
| ACE AMERICAN INSURANCE COMPANY and THE HAYS GROUP, INC., | § § § § § | |
| Defendants. | § | |

### ORDER

Having reviewed the Magistrate Judge's Memorandum, Recommendation, and Order (Docket Entry No. 42) dated February 24, 2017, the objections thereto, and the response to the objections, the court concludes that the Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum, Recommendation, and Order is **ADOPTED** by the court.

**SIGNED** at Houston, Texas, on this 23rd day of March, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE